UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

ERIC OWES,

                Defendant.

91-CR-394 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    The Court has received a letter from defendant Eric William Owes, asking that his record from this 1991 prosecution be expunged. The Court directs the Government to respond by Friday, October 9, 2020. The Court asks the Government to attach to its response all cited portions of the record in this case, which does not appear to have been maintained or to be accessible in electronic form.

SO ORDERED.

DATED:    New York, New York
               September 22, 2020

                                                *Paul A. Engelmayer*
                                              PAUL A. ENGELMAYER
                                              United States District Judge